1 Eric Bensamochan, Bar #255482
  The Bensamochan Law Firm
2 30851 Agoura Rd # 114
  Agoura Hills, Ca 91301
3 818-907-5866  (FAX) 818-461-5959
  ATTORNEY FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, | ) |
|  Plaintiff,  vs. | ) Case No.: 2:10-CV-09256-WDK-FMO |
| MANUELA RAMIREZ, et al, | ) **RENEWAL OF JUDGMENT BY CLERK** |
|  Defendant, | ) |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Manuela Ramirez, an individual d/b/a Don Reyes Mexican Restaurant and Julio Cesar Santiago, an individual d/b/a Don Reyes Mexican Restaurant, entered on March 9, 2012, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 2,620.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | 2,620.00 |
| d. | Credits | $ | 00.00 |
| e. | Subtotal *(subtract d from c)* | $ | 2,620.00 |
| f. | Interest after judgment (.18%) | $ | 46.01 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | $ | **2,666.01** |

Dated: December 13, 2021          CLERK, by Deputy  _Sharon Hall Brown_
                                   Kiry A. Gray,
                                   Clerk of U.S. District Court

Renewal of Judgment